DAVID M. FISH
CASE # COSTA VS. THE CITY

**Empire Process Service, Inc.**
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

UNITED STATES SOUTHERN DISTRICT COURT

DISTRICT OF NEW YORK

**INDEX NO.:** 07 CIV 0832

SALVATORE COSTA

*Plaintiff(s)*

against

THE CITY OF NEW YORK AND CHIEF JOE FOX

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS                    ss.:

BRUCE ANGLIN          being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in    The State of New York

That on 09/17/07 11:30 AM at 100 CHURCH STREET, 4TH FLOOR NEW YORK, NY 10007

deponent served the within    SUMMONS & VERIFIED COMPLAINT IN A CIVIL ACTION bearing Index# 07 CIV 0832 & filing date 09/13/07    on
THE CITY OF NEW YORK

defendant therein named,

**INDIVIDUAL** ☐   by delivering thereat a true copy *of each* to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒   a MUNICIPAL AGENCY    , by delivering thereat a true copy *of each* to    TAMEKIA MENDES-GAMMON
personally; deponent knew said MUNICIPAL AGENCY    so served to be the MUNICIPAL AGENCY    described as the named
defendant and knew said individual to be the    DOCKETING CLERK    thereof.

**SUITABLE AGE PERSON** ☐   by delivering thereat a true copy *of each* to
a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's
and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐   by affixing a true copy *of each* to the door of said premises, which is defendant's
within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified
defendant's    with
and having called there on

**MAILING** ☐   On    deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's
and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION**   Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | BLACK | BLACK | 26 | 5'9 | 140 |

**USE IN NYC CIVIL CT.** ☐   Other identifying features:

*The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).*

**MILITARY SERVICE** ☐   I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply.
The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON    09/21/07

09/21/07

ZERA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14,

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18,

BRUCE ANGLIN
822780
LICENSE NO.

JUDGE KAPLAN

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____      District of New York    07 CIV 8032

SALVATORE COSTA,

                                   **SUMMONS IN A CIVIL ACTION**

          V.

THE CITY OF NEW YORK and CHIEF JOE FOX.

                       CASE NUMBER:

TO: (Name and address of Defendant)

        The City of New York
        New York City Police Department
        One Police Plaza
        New York, New York  10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        David M. Fish
        500 Fifth Avenue
        Suite 5100
        New York, New York 10110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

                                SEP 1 3 2007

_____          _____
CLERK                                      DATE

(By) DEPUTY CLERK

JUDGE KAPLAN

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SALVATORE COSTA,

**SUMMONS IN A CIVIL ACTION**

V.

THE CITY OF NEW YORK and CHIEF JOE FOX.

CASE NUMBER:

# 07 CIV 8032

TO: (Name and address of Defendant)

Chief Joe Fox
c/o The City of New York
New York City Police Department
One Police Plaza
New York, New York  10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David M. Fish
500 Fifth Avenue
Suite 5100
New York, New York 10110

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

SEP 1 3 2007

CLERK

DATE

(By) DEPUTY CLERK