

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**IVAN A. MENDEZ JR.**
*Assistant Corporation Counsel*
Room 2-184
Telephone: (212) 788-8688
Fax No.: (212) 788-0940
Email: imendez@law.nyc.gov

October 1, 2007

**By ECF & Hand Delivery**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 1310
New York, New York 1007-1312

          Re:  <u>Salvatore Costa v. City of New York, et al.</u>,
               07 Civ. 8032 (LAK)(AJP)
               Law Dep't. No.: 2007-029207

Dear Judge Kaplan:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant, the City of New York, in the above-referenced action. I write to request that defendants' time to respond to the Complaint, be extended from October 8, until November 22, 2007. This is defendants' first request for an extension of time to respond to the Complaint, and the plaintiff's attorney consents to this request.

      The additional time is requested to afford this office the opportunity to investigate the allegations in the Complaint, prepare an appropriate response, and make decisions concerning the representation of the individually named defendant consistent with New York General Municipal Law § 50k. Accordingly, defendants respectfully request that their time to respond to the Complaint be extended until November 22, 2007.

      I thank the Court for its consideration of this request.

Respectfully submitted,

**ECF:**            **/s/**
Ivan A. Mendez, Jr.
Assistant Corporation Counsel

cc:  **David M. Fish**
     *Attorney For Plaintiff*
    (By ECF & Regular Mail)