UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

SALVATORE COSTA,

                                               Plaintiff,

        -against-

THE CITY OF NEW YORK and CHIEF JOE FOX,

                                     Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

07-Civ.-8032 (LAK)(AJP)

       **PLEASE TAKE NOTICE** that, I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants, I am the present Assistant Corporation Counsel assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
               October 31, 2007

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel
                                                of the City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 2-184
                                              New York, New York 10007-2601
                                              (212) 788-8688

                               By:    **ECF:**        /s/
                                                     Ivan A. Mendez, Jr.
                                                Assistant Corporation Counsel

To:    **DAVID M. FISH**
        500 5th Avenue, Suite 5100
        New York, New York 10038

07-Civ.-8032 (LAK)(AJP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| SALVATORE COSTA,<br><br>                                                  Plaintiff,<br><br>                      -against-<br><br>THE CITY OF NEW YORK and CHIEF JOE FOX,<br><br>                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendants<br>100 Church Street, Room 2-184<br>New York, N.Y. 10007-2601<br><br><br>Of Counsel:    Ivan A. Mendez, Jr.<br>Tel:            (212) 788-8688<br><br><br>Matter No.: 2007-029207 |
| *Due and timely service is hereby admitted.*<br><br>*Dated:* New York, N.Y.  ......................................, 2007<br><br>Signed:  ..........................................................................<br><br>Attorney for.......................................................................... |