

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**IVAN A. MENDEZ JR.**
*Assistant Corporation Counsel*
Room 2-184
Telephone: (212) 788-8688
Fax No.: (212) 788-0940
Email: imendez@law.nyc.gov

November 1, 2007

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 1310
New York, New York 1007-1312

> Re:  Costa v. City of New York, et al.,
> 07 Civ. 8032 (LAK)(AJP)
> Law Dep't. No.: 2007-029207

Dear Judge Kaplan:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants in the above-referenced action.  I write to request that defendants' time to respond to the Complaint, be extended from November 7, until November 21, 2007.  This is defendants' second request for an extension of time to respond to the Complaint; the Court partially granted defendants' previous request and extended their time to respond until November 7th.  Plaintiff consents to this request.

Defendants are still conducting their investigation into the allegations in the complaint and are obtaining further documents concerning the complaint.  The additional time will permit completion of the investigation.  Accordingly, I respectfully request that defendants be given until November 21st to respond to the Complaint.

I thank the Court for its consideration of this request.

Respectfully submitted,

**ECF:**               **/s/**
Ivan A. Mendez, Jr.
Assistant Corporation Counsel

cc:    David M. Fish
       (By ECF)