POLICE DEPARTMENT
CITY OF NEW YORK

October 11, 2004

FROM:   Supervisor, Uniformed Disability Retirement Unit

TO:     Commanding Officer                                            D 0017

SUBJECT: APPLICATIONS FOR DISABILITY RETIREMENT

1.  The following uniformed members of the service submitted applications or have been recommended for Disability Retirement during the period of October 04, 2004 through October 08, 2004.

| LOG | DATE | TYPE | RANK | NAME | TAX# | CMD | MD |
|---|---|---|---|---|---|---|---|
| 1067 | 10-04-04 | LOD OA | SGT | CIBOROWSKI, HENRY | 879451 | 94 PCT | 17 |
| 1068 | 10-04-04 | LOD OA | P.O. | CINTRON, JESSE | 903621 | MNT CT | 01 |
| 1069 | 10-04-04 | LOD OA | DET | BURKE, JAMES | 905847 | NBQ | 12 |
| 1070 | 10-05-04 | LOD OA | P.O. | SHACK, HARVEY | 894934 | 109 PCT | 18 |
| 1071 | 10-05-04 | HEART OA | P.O. | PEARCE, THOMAS | 886270 | BXTF | 21 |
| 1072 | 10-05-04 | NLOD PC | LT | MATOUSEK, BARBARA | 890201 | 78 PCT | 12 |
| 1073 | 10-05-04 | NLOD PC | SGT | CARROLL, JAMES | 883612 | DB QNS | 14 |
| 1074 | 10-05-04 | NLOD PC | P.O. | SHABETHEA, AARON | 911482 | T/TH SS | 21 |
| 1075 | 10-05-04 | NLOD PC | DET | BRASSINGTON, MICHAEL | 885025 | 23 PCT | 06 |
| 1076 | 10-05-04 | NLOD PC | SGT | BATURGIL, ATILA | 896219 | 61 PCT | 08 |
| 1077 | 10-05-04 | LOD PC | P.O. | GIANGIOBBE, MICHAEL | 904022 | PROP CLK | 05 |
| 1078 | 10-05-04 | NLOD PC | P.O. | GIANGIOBBE, MICHAEL | 904022 | PROP CLK | 05 |
| 1079 | 10-06-04 | LOD OA | P.O. | MARALIT, REX G.ENE | 932955 | PA | 17 |
| 1080 | 10-06-04 | LOD OA | DET | CASCIO, RAYMOND | 895275 | NBQ | 11 |
| 1081 | 10-06-04 | LOD OA | P.O. | ITJEN, CLIFF | 911085 | D-O1 | 19 |
| 1082 | 10-06-04 | NLOD PC | SGT | RYDEWSKI, STANLEY | 878529 | TD 03 | 18 |
| 1083 | 10-06-04 | NLOD PC | P.O. | RAMIEREZ, LUIS | 904847 | 44 PCT | 01 |
| 1084 | 10-06-04 | NLOD PC | LT | FIORELLO, FRANK W. | 883280 | TR/STED | 13 |
| 1085 | 10-06-04 | NLOD PC | DET | RYAN, JEAN | 880372 | DB/BXHM | 03 |
| 1086 | 10-06-04 | NLOD PC | LT | JENSEN, KEVIN | 873161 | TB Q/TF | 14 |
| 1087 | 10-06-04 | NLOD PC | DET | VENDRYES, PAUL | 903248 | NARC B QN | 20 |
| 1088 | 10-07-04 | HEART OA | P.O. | TIERNEY, ANDREW J. | 902475 | MNTF | 03 |
| 1089 | 10-07-04 | LOD PC | P.O. | WAGNER, DAVID | 905252 | MAN CT | 04 |
| 1090 | 10-07-04 | NLOD PC | P.O. | WAGNER, DAVID | 905252 | MAN CT | 04 |
| 1091 | 10-07-04 | NLOD PC | DET | HENNESSY, RICHARD | 891628 | GANG BS | 15 |
| 1092 | 10-07-04 | NLOD PC | DET | McCAULEY, JOANMARIE | 899553 | PB POS | 10 |
| 1093 | 10-07-04 | NLOD OA | P.O. | SANCHEZ, MICHAEL | 919671 | TD 20 | 12 |
| 1094 | 10-08-04 | LOD OA | SGT | TIMMONS, EVANGELINE | 910534 | 71 PCT | 17 |
| 1095 | 10-08-04 | NLOD PC | P.O. | LEGARDA, RICHARD | 883118 | BKLYN CT | 14 |
| 1096 | 10-08-04 | NLOD PC | SGT | GOICHMAN, ROGER | 879718 | 33 PCT | 03 |
| 1097 | 10-08-04 | NLOD PC | DET | DAVIN MARTIN | 883737 | DET/F | 02 |
| 1098 | 10-08-04 | LOD PC | P.O. | SCHAFER, JOSEPH | 910919 | MAN CT | 14 |

| LOG | DATE | TYPE | RANK | NAME | TAX# | CMD | MD |
|---|---|---|---|---|---|---|---|
| 1099 | 10-08-04 | NLOD PC | P.O. | SCHAFER, JOSEPH | 910919 | MAN CT | 14 |
| 1100 | 10-08-04 | NLOD PC | P.O. | MASTRIONE, CHRISTINE | 918371 | 62 PCT | 22 |
| 1101 | 10-08-04 | NLOD PC | DET | ALU, LAURIE | 895180 | BNNARC D | 13 |
| 1102 | 10-08-04 | LOD OA | P.O. | CURCIO, ROBERT | 903723 | 07 PCT | 22 |
| 1103 | 10-08-04 | LOD OA | P.O. | BRITTON, ANTHONY | 892230 | 07 PCT | 04 |
| 1104 | 10-08-04 | LOD OA | LT | COSTA, SALVATORE | 888584 | BSTF | 16 |

*[signature: Lt John Gerrity]*

John Gerrity
Lieutenant

D 0018