06/18/2008 08:51 FAX 212+869+4046          KRAUS & ZUCHLEWSKI LLP



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

SALVATORE COSTA,

                                 Plaintiff,

          -against-

THE CITY OF NEW YORK and CHIEF JOE FOX,

                              Defendants.

------------------------------------------------------------- X

**STIPULATION OF DISMISSAL**

07 Civ. 8032 (LAK)(AJP)

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed with prejudice, and without costs, fees, or disbursements, and that this stipulation may be filed without further notice to any person or party.

Dated:     New York, New York
             June 17, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

**DAVID M. FISH**
Attorney for Plaintiff
500 Fifth Avenue, Suite 5100
New York, New York 10010
(212) 869-1040
fish@davidmfish.com

**MICHAEL A. CARDOZO**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-184
New York, New York 10007-2601
(212) 788-8688
imendez@law.nyc.gov

By: _David Fish_____
        David M. Fish

By: _____
        Ivan A. Mendez Jr.
        Assistant Corporation Counsel

6/23/08